IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 7 |
| § | | |
| SONYA PORRETTO § | | CASE NO. 09-35324 |
| § | | |
| DEBTOR. § | | |

| | | |
|---|---|---|
| SONYA PORRETTO, § | | |
| § | | |
| PLAINTIFF § | | |
| § | | |
| V. § | | |
| § | | Adv. Pro. No. 21-03458 |
| THE GALVESTON PARK BOARD OF § | | |
| TRUSTEES, CITY OF GALVESTON, § | | |
| TEXAS GENERAL LAND OFFICE AND § | | |
| GEORGE B. BUSH, LAND § | | |
| COMMISSIONER OF THE TEXAS § | | |
| GENERAL LAND OFFICE, § | | |
| § | | |
| DEFENDANTS. § | | |

**ORDER TRANSFERRING ADVERSARY PROCEEDING TO THE UNITED STATES
DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF TEXAS, GALVESTON DIVISION**

On December 7, 2021, this Court considered the *Motion to Dismiss Adversary Proceeding Complaint* [Doc. No. 16] and *Motion to Dismiss Plaintiff's Second Amended Complaint* [Doc. No. 27] filed by the Texas General Land Office and George P. Bush, in his official capacity as Commissioner of the Texas General Land Office (collectively, the "GLO"); the *Motion to Dismiss/Abstain* [Doc. No. 18] and the *Motion to Dismiss/Strike Second Amended Complaint or, Alternatively, to Abstain* [Doc. No. 28] (collectively with Doc Nos. 16, 18 and 27, the "Motions to Dismiss") filed by the Galveston Park Board of Trustees and the City of Galveston, Texas

(collectively with the GLO, the "Defendants") and the responses related to the Motions to Dismiss [Doc. Nos. 23, 24, 35, and 47] filed by plaintiff Sonya Porretto (the "Plaintiff"); and the *Motion for Leave to Amend Complaint* [Doc. Nos. 38 and 39] (the "Motion for Leave") filed by the Plaintiff and the objections to the Motion to Leave [Doc Nos. 42 and 44] filed by the Defendants. After due deliberation, and consideration of these motions, all documents filed in the record, objections/responses filed to the motions, related briefing, and the representations made on the record at the hearing and during this adversary proceeding, the Court, on its own motion, has determined that good cause and a sufficient basis exist to transfer this adversary proceeding to the United States District Court for the Southern District of Texas, Galveston Division.

**ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Adversary Proceeding Number 21-03458 is hereby **TRANSFERRED** to the United States District Court for the Southern District of Texas, Galveston Division (the "District Court").

2. The *Emergency Motion for Protective Order and to Quash Subpoenas Directed to Certain Public Officials Filed by City of Galveston, and The City of Galveston Park Board of Trustees* [Doc. No. 41] was withdrawn without prejudice.

3. All other pending motions shall remain pending for decision by the District Court and the rights of the parties are hereby reserved.

**Signed: December 21, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Agreed as to Form:

| | |
|---|---|
| By: */s/ Barry Abrams*<br>Barry Abrams<br>Attorney-in-Charge<br>State Bar No. 00822700<br>SD Tex. Bar No. 2138<br>Neil F. Young<br>State Bar No. 24121218<br>SD Tex. Bar No. 3635269<br>BLANK ROME LLP<br>717 Texas Avenue, Suite 1400<br>Houston, Texas 77002<br>(713) 228-6601<br>(713) 228-6605 (fax)<br>barry.abrams@blankrome.com<br>neil.young@blankrome.com<br>**ATTORNEYS FOR DEFENDANTS THE GALVESTON PARK BOARD OF TRUSTEES AND CITY OF GALVESTON** | KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br><br>RACHEL R. OBALDO<br>Assistant Attorney General<br>Chief, Bankruptcy & Collections Division<br><br>*/s/ Autumn D. Highsmith*<br>JASON B. BINFORD<br>Texas State Bar No. 24045499<br>Southern Dist. Bar No. 574720<br>AUTUMN D. HIGHSMITH<br>Texas State Bar No. 24048806<br>Southern Dist. Bar No. 597383<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2173<br>Facsimile: (512) 936-1409<br>jason.binford@oag.texas.gov<br><br>**ATTORNEYS FOR THE GENERAL LAND OFFICE AND GEORGE P. BUSH IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE GENERAL LAND OFFICE** |
| */s/ Deirdre Carey Brown*<br>Deirdre Carey Brown, pllc<br>State Bar No. 24049116<br>FORSHEY & PROSTOK LLP 1990 Post Oak Blvd, Suite 2400 Houston, TX 77056<br>Telephone: (832) 536-6910<br>Facsimile: (832) 310-1172<br>dbrown@forsheyprostock.com<br>**ATTORNEY FOR SONYA PORRETTO** | |