# ATTACHMENT 2

Summary of Counts and Grounds for Dismissal

## SUMMARY OF COUNTS AND GROUNDS FOR DISMISSAL

| Count | Allegation Summary | Grounds for Dismissal |
|---|---|---|
| I | Fifth Am. taking of a flowage easement due to May 2021 flooding | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. – seeks a monetary remedy so *Ex Parte Young* does not apply;<br>• No standing because no injury traceable to act of GLO;<br>• Failure to state a claim against GLO because:<br>  o No facts relate to GLO;<br>  o Facts do not establish a taking rather than an isolated physical invasion. |
| II | Fifth Am. taking of sand, causing interference with erosion data /accretion levels | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. – seeks a monetary remedy so *Ex Parte Young* does not apply;<br>• No standing because:<br>  o No injury traceable to act of GLO;<br>  o No injury to a protected interest. Porretto does not own sand on state-owned land;<br>• Failure to state a claim against GLO because:<br>  o No facts relate to GLO;<br>  o No facts connecting sand mining to third-party shoreline study;<br>  o No facts show damage to erosion/accretion levels. |
| III | Inverse condemnation due to trespass | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. – *Ex Parte Young* does not sanction suits for state-law violations;<br>• No standing because no injury traceable to act of GLO;<br>• Failure to state a claim because has not pled GLO intentionally took property or was substantially certain taking would result. |

| Count | Allegation Summary | Grounds for Dismissal |
|---|---|---|
| IV | Fifth Am. taking for interference with erosion data/accretion levels | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. immunity – seeks a monetary remedy so *Ex Parte Young* does not apply;<br>• No standing because:<br> ○ No injury traceable to act of GLO;<br> ○ No injury to a protected interest. Porretto does not have a protected interest in coastal erosion data taken by a third party.<br>• Failure to state a claim against GLO because:<br> ○ No facts relate to GLO;<br> ○ No facts connecting sand mining to third-party shoreline study;<br> ○ No facts about decreased land mass due to erosion. |
| V | Taking under Texas Constitution Art. 1, § 17 | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. – *Ex Parte Young* does not sanction suits for state-law violations;<br>• No standing because no injury traceable to act of GLO;<br>• Failure to state a claim because has not pled GLO intentionally took property for a public use or was substantially certain taking would result. |

| Count | Allegation Summary | Grounds for Dismissal |
|---|---|---|
| VI | Fourteenth Am. due process | <ul><li>No bankruptcy jurisdiction under 28 USC § 1334;</li><li>Barred by Eleventh Am. immunity – re-urges taking claim and seeks a monetary remedy so *Ex Parte Young* does not applyNo standing because no injury traceable to act of GLO;</li><li>No standing because no deprivation of a protected property interest. Porretto does not own sand on state-owned submerged land or have property interest in coastal erosion data taken by a third party;</li><li>Failure to state viable procedural due process claim because no pre-deprivation process is due and post-deprivation compensation satisfies;</li><li>Failure to state viable substantive due process claim because has not alleged any government act was (1) arbitrary or (2) had no rational relationship to legitimate government interest.</li></ul> |
| VII | Breach of Settlement Agreement | N/A (not alleged against GLO) |
| VIII | Tortious interference | N/A (not alleged against GLO) |
| IX | Texas Water Code § 11.086(a) | <ul><li>No bankruptcy jurisdiction under 28 USC § 1334;</li><li>Barred by Eleventh Am. – *Ex Parte Young* does not sanction suits for state-law violations;</li><li>Barred in a state court because no waiver of governmental immunity in statute;</li><li>No standing because no injury traceable to act of GLO;</li><li>Failure to allege any facts supporting this claim. Texas Water Code does not impose an obligation to construct or install barriers as alleged.</li></ul> |

| Count | Allegation Summary | Grounds for Dismissal |
|---|---|---|
| X | Accounting and reimbursement | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by Eleventh Am. immunity – seeks a monetary remedy so *Ex Parte Young* does not apply;<br>• Not an independent claim and connected with no viable claim that would enable this relief, since accounting is only available where there is a contractual or fiduciary relationship. |
| XI | Injunctive relief for "referring" to Porretto Beach, altering Stewart Beach, providing false erosion and accretion data | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Not an independent claim, and connected with no viable claim that would enable this relief, which is not available as a takings remedy because compensation is available. |
| XII | Declaratory judgment that right of ways have been abandoned | N/A (not alleged against GLO) |
| XIII | Declaratory judgment recognizing property rights including mineral interests and submerged lands | • No bankruptcy jurisdiction under 28 USC § 1334;<br>• Barred by res judicata;<br>• Barred by Eleventh Am. because federal courts cannot adjudicate state's interest in property without consent and the state, not a public official, would necessarily be the party in interest so *Ex Parte Young* does not apply;<br>• Not an independent claim and connected with no viable claim that would enable this relief. |

| Count | Allegation Summary | Grounds for Dismissal |
|-------|--------------------|------------------------|
| **XIV** | Violation under Tort Claims Act | <ul><li>No bankruptcy jurisdiction under 28 USC § 1334;</li><li>Barred by Eleventh Am. – *Ex Parte Young* does not sanction suits for state-law violations;</li><li>Barred in state court because has not pled the only waiver of immunity applicable to state governments.</li><li>No standing because no injury traceable to act of GLO.</li><li>Failure to state a viable claim because she has not alleged any facts against GLO regarding (1) property damage caused by an employee arising from operation of a motor-driven vehicle or (2) personal injury and death.</li></ul> |